DANIEL G. BOGDEN
United States Attorney
District of Nevada

ROGER WENTHE
Assistant United States Attorney
United States Attorney's Office
333 Las Vegas Boulevard So., Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336
Fax: 702-388-6787

Email:roger.wenthe@*usdoj.gov*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   Plaintiff, | ) Case No. 2:01-CR-000174-KJD-PAL |
| v. | ) **MOTION TO VACATE JUDGMENT DEBTOR EXAMINATION** |
| FAWAD A. MIAN, | ) |
|   Defendant. | ) |

   COMES NOW, the United States of America, by and through Daniel G. Bogden, United States Attorney, and Roger Wenthe, Assistant United States Attorney, and moves this Honorable Court for an Order to Vacate the Supplementary Proceedings (Judgment Debtor Examination) scheduled for April 7, 2015 at 1:45 p.m.  This motion is made because the United States Marshall Service or private service was unable to locate Fawad A. Mian.

   DATED this 24th day of March, 2015.

                              DANIEL G. BOGDEN
                              United States Attorney

                              */s/ Roger Wenthe*
                              ROGER WENTHE
                              Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:01-cr-000174-KJD-PAL |
| v. | ) |
| FAWAD A. MIAN, | ) |
| Defendant. | ) |

**ORDER TO VACATE JUDGMENT DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for the 7TH day of April 2015 at 1:45 p.m. be granted.

DATED this 25th day of March, 2015.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger Wenthe*
ROGER WENTHE
Assistant United States Attorney